No. 87–2126. STAR COLOR PLATE SERVICE, DIVISION OF EINHORN ENTERPRISES, INC. v. NATIONAL LABOR RELATIONS BOARD

ET AL.   C. A. 2d Cir.   Certiorari denied.